| | |
|---|---|
| 1 | WILLIAM M. KUNTZ, ESQ |
| 2 | WILLIAM M. KUNTZ, PLC |
| | 4780 Arlington Avenue |
| 3 | Riverside, CA  92504 |
| | (951) 343-3400 |
| 4 | FAX (951) 343-4004 |
| | E-Mail:  KuntzSSlaw @ sbcglobal.net |
| 5 | |

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | | |
|---|---|---|
| JOHN JOSEPH SIMMONS, JR., | ) | CASE NO: 1:19-CV-01162-EPG |
| | ) | |
| | ) | STIPULATION AND ORDER TO |
| Plaintiff, | ) | EXTEND BRIEFING SCHEDULE |
| | ) | |
| v. | ) | (ECF No. 10) |
| | ) | |
| ANDREW SAUL, Commissioner of | ) | |
| Social Security Administration, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

This stipulation is entered into by and between plaintiff JOHN JOSEPH SIMMONS, JR., ("Plaintiff") and defendant Andrew Saul, Commissioner of Social Security Administration ("Defendant"), through their undersigned counsel of record.  The parties **HEREBY STIPULATE** to extend the time for Plaintiff to prepare and serve his Letter Brief, pursuant to numbered paragraph 3. of the August 26, 2019 Case Management Order ("Order"), from February 13, 2020 to March 16, 2020; and to extend all other scheduling dates set forth in the Order accordingly.   The Defendant shall prepare and serve his Response to Plaintiff's Letter Brief within 35 days after the service of the Plaintiff's Letter Brief (on or before April 20, 2020).

1

If the parties stipulate to a remand, the stipulation shall be filed with the Court WITHIN 15 days after the Defendant serves his response on Plaintiff.

If the Parties do not agree to a remand the Plaintiff shall file and serve an Opening Brief with the Court within 30 days. The Defendant's Responsive Brief shall be filed and served within 30 days of the filing of Plaintiff's Opening Brief.

Plaintiff's Reply Brief shall be filed and served within 15 days after service of Defendant's Brief.

The reason for the requested extension is that Plaintiff's counsel required the additional time to prepare Plaintiff's Letter Brief due to the press of business and his extremely heavy case load.

DATED: February 10, 2020

      */s/ William M. Kuntz*
WILLIAM KUNTZ
Attorneys for plaintiff
JOHN JOSEPH SIMMONS, JR.

/ / / /

DATED: February 10, 2020

MCGREGOR W. SCOTT
United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel


  */s/ - Carolyn B. Chen by*
   WILLIAM M. KUNTZ
CAROLYN B. CHEN
Special Assistant United States Attorney
Attorneys for Defendant
[*By e-mail authorization
on February 10, 2020]

**ORDER**

Pursuant to the Stipulation of the parties (ECF No. 10), the requested extension of time is granted. Plaintiff's Letter Brief is due on or before March 16, 2020. All subsequent deadlines are extended accordingly.

IT IS SO ORDERED.

Dated: **February 10, 2020**          /s/ Eric P. Grosjean

UNITED STATES MAGISTRATE JUDGE