MCGREGOR W. SCOTT
United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX
Social Security Administration
CAROLYN B. CHEN, CSBN 256628
Special Assistant United States Attorney
    160 Spear Street, Suite 800
    San Francisco, California 94105
    Telephone: (415) 977-8956
    Facsimile: (415) 744-0134
    E-Mail: Carolyn.Chen@ssa.gov
Attorneys for Defendant

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

**FRESNO DIVISION**

| | |
|---|---|
| JOHN JOSEPH SIMMONS. JR., ) | Case No.: 1:19-cv-01162-EPG |
| Plaintiff, ) | |
| ) | STIPULATION AND ORDER FOR AN EXTENSION OF TIME OF 35 DAYS FOR DEFENDANT'S RESPONSE TO PLAINTIFF'S BRIEF |
| vs. ) | |
| ANDREW SAUL, ) | |
| Commissioner of Social Security, ) | |
| ) | (ECF No. 15) |
| Defendant. ) | |
| ) | |

    IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel of record, that Defendant shall have an extension of time of 35 additional days to respond to Plaintiff's opening brief.  The current due date is June 19, 2020.  The new due date will be July 24, 2020.

    This is Defendant's first request for an extension of time for briefing and the second request in this case overall.  There is good cause for this request and not intended to delay.  Since the filing of Plaintiff's opening brief, Defendant's counsel has diligently worked on various district court cases, including an district court oral argument, and other substantive non-court matters, some of which required more time to complete than anticipated or were continued.  Defendant requests

additional time to review the record and properly evaluate the issues raised in Plaintiff's opening brief in consideration of settlement options, and if not settling, to prepare Defendant's response to Plaintiff's brief.

Thus, Defendant is respectfully requesting additional time up to and including July 24, 2020, to respond to Plaintiff's opening brief. Defendant acknowledges that the schedule has previously been extended and apologizes for the further delay and any inconvenience caused by the delay.

The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

                                        Respectfully submitted,

Date: June 17, 2020                    WILLIAM M. KUNTZ, ATTORNEY AT LAW

*s/ William M. Kuntz by C.Chen\**
(As authorized by email on 6/17/2020)
WILLIAM M. KUNTZ
Attorneys for Plaintiff

Date: June 17, 2020                    MCGREGOR W. SCOTT
United States Attorney

By *s/ Carolyn B. Chen*
CAROLYN B. CHEN
Special Assistant U. S. Attorney

Attorneys for Defendant

**ORDER**

Pursuant to the stipulation of the parties (ECF No. 15) and finding good cause exists, IT IS ORDERED that Defendant's response to Plaintiff's opening brief shall be filed no later than July 24, 2020. All subsequent deadlines are extended accordingly.

IT IS SO ORDERED.

Dated:   **June 17, 2020**                                    /s/ Erica P. Grosjean
                                                              UNITED STATES MAGISTRATE JUDGE