McGREGOR W. SCOTT
United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX
Social Security Administration
CAROLYN B. CHEN, CSBN 256628
Special Assistant United States Attorney
    160 Spear Street, Suite 800
    San Francisco, California 94105
    Telephone: (415) 977-8956
    Facsimile: (415) 744-0134
    E-Mail: Carolyn.Chen@ssa.gov
Attorneys for Defendant

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

**FRESNO DIVISION**

| | |
|---|---|
| JOHN JOSEPH SIMMONS. JR.,<br><br>    Plaintiff,<br><br>vs.<br><br>ANDREW SAUL,<br>Commissioner of Social Security,<br><br>    Defendant. | Case No.: 1:19-cv-01162-EPG<br><br>STIPULATION AND PROPOSED ORDER TO VOLUNTARY REMAND PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g) AND TO ENTRY OF JUDGMENT<br><br>(ECF No. 17) |

      IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel of record, that this action be remanded to the Commissioner of Social Security for further administrative action pursuant to section 205(g) of the Social Security Act, as amended, 42 U.S.C. § 405(g), sentence four.

      On remand, the Appeals Council will assign this case to an administrative law judge (ALJ) for a new decision. It will also instruct the ALJ to take further action, as warranted, to complete the administrative record.

The parties further request that the Clerk of the Court be directed to enter a final judgment in favor of Plaintiff, and against Defendant, reversing the final decision of the Commissioner.

Respectfully submitted,

Date: July 24, 2020            LAW OFFICES OF WILLIAM M. KUNTZ

*/s/ William M. Kuntz by C.Chen\**
(As authorized by email on 7/24/2020)
WILLIAM M. KUNTZ
Attorney for Plaintiff

Date: July 24, 2020            McGREGOR W. SCOTT
United States Attorney

By *s/ Carolyn B. Chen*
CAROLYN B. CHEN
Special Assistant U. S. Attorney

Attorneys for Defendant

ORDER

Pursuant to stipulation of the parties (ECF No. 17) and as set forth above, IT IS ORDERED:

1. That this action is REMANDED to the Commissioner of Social Security for further administrative action pursuant to section 205(g) of the Social Security Act, as amended, 42 U.S.C. § 405(g), sentence four. On remand, the Appeals Council shall assign this case to an administrative law judge (ALJ) for a new decision and instruct the ALJ to take further action, as warranted, to complete the administrative record.
2. The Clerk of the Court is be directed to enter a final judgment in favor of Plaintiff, and against Defendant, reversing the final decision of the Commissioner.

IT IS SO ORDERED.

Dated: __July 24, 2020__                /s/ Erica P. Grosjean
                                                  UNITED STATES MAGISTRATE JUDGE